Same case below, 610 F.3d 340.

**No. 10-620. Processing Solutions, LLC, et al., Petitioners v. Amy Lynn Baillie.**

562 U.S. 1179, 131 S. Ct. 1003, 178 L. Ed. 2d 828, 2011 U.S. LEXIS 726.

January 18, 2011. Petition for writ of certiorari to the Court of Appeal of California, Third Appellate District, denied.

**No. 10-624. Theodore Griswold, et al., Petitioners v. David P. Driscoll, et al.**

562 U.S. 1179, 131 S. Ct. 1006, 178 L. Ed. 2d 828, 2011 U.S. LEXIS 713.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 616 F.3d 53.

**No. 10-630. International Boundary Commission, et al., Petitioners v. Shirley-Ann Leu, et vir.**

562 U.S. 1179, 131 S. Ct. 1006, 178 L. Ed. 2d 828, 2011 U.S. LEXIS 858.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 605 F.3d 693.

**No. 10-635. Township of Liberty, Ohio, et al., Petitioners v. Wedgewood Limited Partnership I.**

562 U.S. 1179, 131 S. Ct. 1007, 178 L. Ed. 2d 828, 2011 U.S. LEXIS 749.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-639. Russell W. Roach, Petitioner v. Jeff Wrigley, Superintendent, New Castle Correctional Facility.**

562 U.S. 1179, 131 S. Ct. 1007, 178 L. Ed. 2d 828, 2011 U.S. LEXIS 823.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-640. Eduard Shlahtichman, Petitioner v. 1-800-Contacts, Inc.**

562 U.S. 1179, 131 S. Ct. 1007, 178 L. Ed. 2d 828, 2011 U.S. LEXIS 885.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 615 F.3d 794.

**No. 10-644. Gruma Corporation, Petitioner v. Guadalupe Arevalo.**

562 U.S. 1179, 131 S. Ct. 1008, 178 L. Ed. 2d 828, 2011 U.S. LEXIS 764.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-651. Melrose, Inc., Petitioner v. City of Pittsburgh, Pennsylvania, et al.**

562 U.S. 1180, 131 S. Ct. 1008, 178 L. Ed. 2d 828, 2011 U.S. LEXIS 731.

January 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.